DOLLY M. TROMPETER
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 559-439-9700
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Curtis Christopher Lee Jones,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:20-cv-01488-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from September 17, 2021 to October 17, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's second request for an extension of time but first for this task.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  Counsel has due two Reply Briefs, two Motions for Summary Judgment, four Opening Briefs, one Plaintiff's Memorandum, and one Plaintiff's Portion of Joint Submission

1

due the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration.

Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this district, and the three other California Districts, each of which require settlement negotiations or merit briefing. Counsel has a greater than usual number of merit briefs due in September 2021. Thus, Counsel is requesting an extension into October 2021 to accommodate the number of cases due in September 2021. Also, Counsel is in the process of increasing support staff to accommodate the increase in the number of cases at the briefing stage.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 9, 2021     PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff


Dated: September 9, 2021     PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By:   *\*/s/ Chantal Jenkins*
Chantal Jenkins
Special Assistant United States Attorney
Attorneys for Defendant
(\*As authorized by email on September 9, 2021)

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 19), IT IS HEREBY ORDERED that Plaintiff shall file and serve an opening brief no later than October 17, 2021. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: **September 10, 2021**              /s/ *Erica P. Grosjean*
                                                             UNITED STATES MAGISTRATE JUDGE