UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE JONES,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:20-cv-01488-EPG<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(ECF No. 21) |

    Plaintiff Curtis Lee Jones ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security denying Plaintiff's claim for disability benefits under the Social Security Act. (*See* ECF No. 1.) On October 15, 2021, Plaintiff filed a motion seeking to extend the time to file and serve his opening brief. (ECF No. 21.) This is Plaintiff's second request for an extension of the opening brief deadline. (*See* ECF Nos. 19, 20.)

    According to the motion, an extension is sought because Plaintiff's counsel has received a greater number of answers and Certified Administrative Records from defendant in cases in this district and three other California districts, and has a greater than usual number of merit briefs due in October and November. (ECF No. 21.) Plaintiff is requesting an extension of the opening brief deadline in order to accommodate the number of cases due. (*Id.*) The motion represents that the Commissioner does not oppose the requested extension. (*Id.*) The motion also proposes continued

dates for the Commissioner's responsive brief and Plaintiff's reply. (*Id.*)

Having considered Plaintiff's motion, the Court will grant Plaintiff's request and extend the deadline to file and serve an opening brief to November 17, 2021.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file an opening brief (ECF No. 21) is GRANTED;
2. Plaintiff shall file and serve an opening brief no later than November 17, 2021;
3. The Commissioner shall file and serve a response to Plaintiff's opening brief by no later than December 17, 2021; and
4. Plaintiff's reply, if any, shall be filed and served by January 10, 2022.

IT IS SO ORDERED.

Dated:  **October 19, 2021**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE