PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4823
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRENSO DIVISION**

| | |
|---|---|
| CURTIS CHRISTOPHER LEE JONES,<br><br>    Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | 1:20-cv-01488-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 31-day extension from December 17, 2021 through Monday January 17, 2021 to respond to Plaintiff's Motion for Summary Judgment. Defendant's counsel had an oral argument before the Ninth Circuit in early December and needs

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

to catch up on her assigned social security briefs.  Defendant's counsel has ten briefs due within the next 32 days.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Jonathan Omar Pena

Pena & Bromberg, Attorneys at Law

Dated:  December 15, 2021      */s/ Jonathan Pena by Chantal R. Jenkins\**
*As authorized *via* email on Dec. 15, 2021
Jonathan Omar Pena
Attorney for Plaintiff

Dated:  December 15, 2021      PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

# ORDER

Pursuant to the parties' stipulation (ECF No. 23), IT IS HEREBY ORDERED that Defendant shall file a Responsive Brief by January 17, 2022. All remaining deadlines in the Scheduling Order (ECF No. 5) are extended accordingly.

IT IS SO ORDERED.

Dated:   **December 16, 2021**                    /s/ *Erica P. Grosjean*
                                                   UNITED STATES MAGISTRATE JUDGE