DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Curtis Christopher Lee Jones,<br><br>Plaintiff,<br><br>vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:20-cv-01488-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from January 28, 2022 to February 28, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's fourth request for an extension of time.  Counsel for the Plaintiff is still in Texas and has limited access to her computer.  For the week of January 24, 2022, Counsel has two merit briefs, five reply briefs, and several case reviews of denials by the Appeals Council.

1  Counsel for the Plaintiff does not intend to further delay this matter.  Defendant does not
2 oppose the requested extension.  Counsel apologizes to the Defendant and Court for any
3 inconvenience this may cause.

Respectfully submitted,

Dated: January 28, 2022    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
    DOLLY M. TROMPETER
    Attorneys for Plaintiff

Dated: January 28, 2022    PHILLIP A. TALBERT
    United States Attorney
    PETER K. THOMPSON
    Acting Regional Chief Counsel, Region IX
    Social Security Administration

By:  *\*/s/ Chantal R. Jenkins*
    Chantal R. Jenkins
    Special Assistant United States Attorney
    Attorneys for Defendant
    (\*As authorized by email on January 27, 2022)

**ORDER**

Pursuant to the parties' stipulation (ECF No. 27), IT IS HEREBY ORDERED that Plaintiff shall file and serve a Reply Brief by February 28, 2022.

IT IS SO ORDERED.

Dated:   **January 31, 2022**                    /s/ *Erica P. Grosjean*
                                                              UNITED STATES MAGISTRATE JUDGE